# EXHIBIT A

## Charles Williams' 911 Call

2

# Link + QR Code for Charles Williams'
# 911 Call (January 20, 2022)

https://drive.google.com/file/d/1jB_2ql1VARsDeM2Dr4_FFWg8Cr60XdnX/view?usp=sharing

