# EXHIBIT B

## Police Officer Peterson's Incident Report

Hanson Police Department                        Page: 1
NARRATIVE FOR PATROL BRENT M PETERSON
Ref: 22HAS-1-AR

Entered: 01/20/2022 @ 0329        Entry ID: HASPETB
Modified: 01/20/2022 @ 0503        Modified ID: HASPETB

On 1/20/22 at approximately 1:29 am, I (Ofc. Brent Peterson) was on patrol in a marked Hanson Police cruiser near the area of Spofford Ave and Wilbur Ave. I observed two vehicles with their lights on near the end of Spofford Ave. As I began to drive in that direction to check the area, Dispatch directed Hanson cruisers to 115 Leon Court for a disturbance. (The area where the two vehicles were located was in front of 115 Leon Ct.) I advised Dispatch that I was already at the location and would be investigating.

After exiting my cruiser, I was approached by a male subject, later identified as Charles Williams (DOB            ). Williams lives at 115 Leon Ct. and immediately told me that another male subject who was now walking down the road had been involved in the altercation. I yelled to the male and directed him to stop. He turned around, looked at me and then continued on. As I began to continue after the subject, I was approached by three other males who had been in one of the vehicles. (MA PC 1GTF57, a Mazda 6 sedan.) One of the males immediately told me that Williams had "pulled a knife on them". At this point, the subject who had been leaving the area turned around and returned. That male, identified as Dylan Leighton (DOB            , was obviously intoxicated and refused to listen to any directives given to him. Multiple times Leighton approached me aggressively with a raised voice. After the third time this occurred, Leighton was placed in handcuffs and detained for my safety. As Detective Paul O'Brien arrived on scene, I also requested assistance from Halifax Police in order to keep the scene controlled. Once Halifax officers arrived, Leighton was released from the handcuffs.

I then began to speak with the other three males, identified as Ryan Kennedy (DOB            Nico Flamos (DOB            and Joseph Hoeg (DOB            They explained that all four had been at a bar in Plymouth and were in the process of bringing Leighton home. (Leighton lives at 73 Leon Ct.) As they came around the corner of Leon Ct, another vehicle, which belonged to Williams, was attempting to park in a driveway. This caused Kennedy, who was driving the Mazda sedan, to stop and Leighton began to yell at the operator of the other vehicle (Williams). Williams and Leighton both exited their vehicles and began to verbally confront each other. During this interaction, Williams pulled a knife from his pocket and "flicked" it open towards Leighton. When asked directly, both Kennedy and Flamos stated they witnessed Williams with the knife. Leighton told me that he did not actually see the knife in William's hand but did hear the distinct sound of it opening. Hoeg told me that he did not see the knife in William's possession.

I then returned to 115 Leon Ct. to speak with Williams. He explained that as he was trying to park his vehicle, Leighton exited the sedan and began yelling at him. Williams then told me that Leighton had "lunged" at him and admitted that he had pulled and opened his knife in order to possibly defend himself. When asked for more specifics about how Leighton had "lunged", Williams stated that he aggressively took a step towards him but also conceded that his hands were in his pockets and that Leighton was not in obvious possession of a weapon. When asked, Williams presented me with the knife, an 8 inch Smith & Wesson folding knife with a 3.5 inch blade. After showing the knife, Leighton backed away and Williams dialed 911 from his cell phone.

I brought the knife to Kennedy and Flamos who positively identified it as the one Williams had pointed towards Leighton. When I opened the knife quickly, Leighton also confirmed for me it was the sound he heard at the time.

Due to the statements made by Leighton, Kennedy and Flamos as well as the admittance by Williams that he

022  10:14   7812934624                                                    PAGE  05/06
                                    HANSON POLICE
                                                                          PAGE  06/06
                          Hanson Police Department
                       NARRATIVE FOR PATROL BRENT M PETERSON
              Ref: 22HAS-1-AR                                              Page: 2

              Entered: 01/20/2022 @ 0329
              Modified: 01/20/2022 @ 0503        Entry ID: HASPETB
                                                 Modified ID: HASPETB

utilized the knife in an assaultive manner towards them, Williams was placed under arrest for assault with a
dangerous weapon - knife. He was handcuffed (double locked and checked) and placed in the back of cruiser
482. Williams was advised of his Miranda Rights which he refused to acknowledge. The knife was seized as
evidence (22HAS-10-PR) He was then transported back to the Hanson Police station where he was booked in
the usual manner.

Bail Commissioner Griffin was contacted and set bail at $240.00 which Williams was able to secure. BCI
Deputy Hurley arrived to photograph and fingerprint Williams. Of note, during the booking process, Williams
was cooperative and polite. Commissioner Griffin released Williams at approximately 3:25 am. He is being
charged with one count of Chapter 265 section 15B, Assault with a Dangerous Weapon (Knife).

Ofc. Brent Peterson
Hanson Police Department

RECEIVE:   NO.9886                    01/20/2022/THU 08:29AM