# EXHIBIT C

## Receipt for Bail Payment

**HANSON POLICE DEPARTMENT**

**Property Report**

Date ___1-20-22___      Time ___2:56 AM___

Turned in by ___VALENCIA WILLIAMS___ Address ___115 LEON CT.___

Description of Property ___$240.00 CASH (BAIL)___

_____

_____

Value_____ Owner _____

Received above listed property _____   _____
                                      Date                       Time

From _____

Name _____ Address _____

Form 4                  22HAS-1-AR

2