# EXHIBIT D

## Select Board Executive Committee Agenda



# Town of Hanson

## Select Board

542 Liberty Street
Hanson, Massachusetts 02341
(781) 293-2131  FAX (781) 294-0884
www.hanson-ma.gov



**Tuesday, March 7, 2023 at 5:00pm**
**Zoom Meeting**
**Executive session**

Executive Session pursuant to Open Meeting Law (Chapter 30A Section 21 (a)(3)) - To discuss strategy with respect to collective bargaining or litigation if an open meeting may have a detrimental effect on the bargaining or litigating position of the public body and the chair so declares. – Administrative Professional Union; Charles Williams

I.        **_Administrative Professional Union Discussion_**

II.       **_Discussion regarding Williams case_**

III.      **_ADJOURNMENT_**