# EXHIBIT E

## Charles Williams: Supporting Information



EMANCIPATED LAW, P.C

ED BURLEY

ATTORNEY AT LAW

Federal Court

State Court

Litigation

Mediation

Immigration

One Beacon Street

15ᵗʰ Floor

Boston MA 02108

617.637.6615

617.963.0916

ed@emancipatedlaw.com

emancipatedlaw.com

December 12, 2022

Mr. Michael Miksch              Mr. Timothy J. Cruz
Chief of Police                 District Attorney
Hanson Police Department        Plymouth County
775 Main Street                 166 Main Street
Hanson, MA 02341                Brockton, MA 02301

**Re: Williams v. Hanson Police Dept. et al**

Dear Mr. Miksch and Cruz:

I hope this letter finds you well. While I expect you are anticipating the holidays arriving, I believe it is important to bring a matter to your intention this month.

I represent Charles Williams, the Hanson homeowner and parent, who is still hurting from the incident that unfolded near his doorstep around midnight on January 19, 2022. In essence, Mr. Williams sought to complete the commute from his job as a conductor for the MBTA's Commuter Rail Service to the home he owns and shares with his then-pregnant wife and two young children.

But four men accosted Mr. Williams in his driveway. The four men are white. Mr. Williams is Black. Mindful of the explosiveness of the situation, and the presence of his young family inside the house, feet away, Mr. Williams sensibly called the police for rescue. And the police came to the scene quickly. Before this, Mr. Williams, warded off the would-be attacker(s) by passively signaling he could use his folding work knife for self-defense. This gesture bought Mr. Williams vital space and time to call the police and deescalate the situation until rescue.

During the incident's start, Mr. Williams feared serious bodily harm, and even death, would come to him and his family trapped in the house.

Rather than vindicate Mr. Williams proper exercise of signaling self-defense, the attending police officer, detective and later assistant district attorney handling the case, vilified Mr. Williams by charging him with the felony assault with a dangerous weapon, punishable by up to five years in state prison.

The law enforcement officers choices caused many severe harms:

- Taught these four men they can attack Mr. Williams with impunity.
- Taught Mr. Williams he is stripped of the basic right to self-defense.
- Violated Mr. Williams constitutional rights of liberty and equality.

EG

EMANCIPATED LAW, P.C

- Taught Black Hanson homeowners they are prohibited from ever signaling self-defense when assaulted around midnight in front of their homes after working.

Consequently, we seek to study this incident as a learning moment. Additionally, we seek justice for Mr. Williams. The combination looks like this:

- Upgrade training for officers and prosecutors concerning race and self-defense.
- Suspend attending officer and detective for at least one week.
- Research ten-year history of assault with dangerous weapon charges filed against Black Hanson homeowners who called police for rescue.
- Research ten-year history of self-defense determinations for Hanson homeowners who called police for rescue.
- Compensate Mr. Williams.

Instead of pursuing litigation exclusively, we propose a constructive convening approach that could avert litigation.

Ideally, we would prefer to convene between this December 20 to 23, 2022. Alternatively, we would accept convening between January 4 to 20, 2023.

Please indicate your preference electronically by 5PM this Friday, December 16.

Respectfully submitted,

*Ed Burley*

Ed Burley, Esq.

Enclosures:

Exhibit A: Mr. Williams Hanson property
Exhibit B: Hanson police report describing the incident on 1/19-20, 2022
Exhibit C: Mr. Williams charged with the felony assault with a dangerous weapon
Exhibit D: Petition to seal Mr. Williams record from the incident
Exhibit E: Charges against Mr. Williams dismissed and record sealed
Exhibit F: Mr. Williams gets passing score on the 2021 Police Officer Examination

# EXHIBIT A
## Mr. Williams home/property with X showing place of incident



22222222222

**EXHIBIT B**

# Hanson Police Department
### NARRATIVE FOR PATROL BRENT M PETERSON
Ref: 22HAS-1-AR

Page: 1

Entered: 01/20/2022 @ 0329        Entry ID: HASPETB
Modified: 01/20/2022 @ 0503     Modified ID: HASPETB

On 1/20/22 at approximately 1:29 am, I (Ofc. Brent Peterson) was on patrol in a marked Hanson Police cruiser near the area of Spofford Ave and Wilbur Ave. I observed two vehicles with their lights on near the end of Spofford Ave. As I began to drive in that direction to check the area, Dispatch directed Hanson cruisers to 115 Leon Court for a disturbance. (The area where the two vehicles were located was in front of 115 Leon Ct.) I advised Dispatch that I was already at the location and would be investigating.

After exiting my cruiser, I was approached by a male subject, later identified as Charles Williams (DOB 9/18/90). Williams lives at 115 Leon Ct. and immediately told me that another male subject who was now walking down the road had been involved in the altercation. I yelled to the male and directed him to stop. He turned around, looked at me and then continued on. As I began to continue after the subject, I was approached by three other males who had been in one of the vehicles. (MA PC 1GTF57, a Mazda 6 sedan.) One of the males immediately told me that Williams had "pulled a knife on them". At this point, the subject who had been leaving the area turned around and returned. That male, identified as Dylan Leighton (DOB 1/19/99), was obviously intoxicated and refused to listen to any directives given to him. Multiple times Leighton approached me aggressively with a raised voice. After the third time this occurred, Leighton was placed in handcuffs and detained for my safety. As Detective Paul O'Brien arrived on scene, I also requested assistance from Halifax Police in order to keep the scene controlled. Once Halifax officers arrived, Leighton was released from the handcuffs.

I then began to speak with the other three males, identified as Ryan Kennedy (DOB 1/27/99), Nico Flamos (DOB 7/23/98) and Joseph Hoeg (DOB 8/2/99). They explained that all four had been at a bar in Plymouth and were in the process of bringing Leighton home. (Leighton lives at 73 Leon Ct.) As they came around the corner of Leon Ct, another vehicle, which belonged to Williams, was attempting to park in a driveway. This caused Kennedy, who was driving the Mazda sedan, to stop and Leighton began to yell at the operator of the other vehicle (Williams). Williams and Leighton both exited their vehicles and began to verbally confront each other. During this interaction, Williams pulled a knife from his pocket and "flicked" it open towards Leighton. When asked directly, both Kennedy and Flamos stated they witnessed Williams with the knife. Leighton told me that he did not actually see the knife in William's hand but did hear the distinct sound of it opening. Hoeg told me that he did not see the knife in William's possession.

I then returned to 115 Leon Ct. to speak with Williams. He explained that as he was trying to park his vehicle, Leighton exited the sedan and began yelling at him. Williams then told me that Leighton had "lunged" at him and admitted that he had pulled and opened his knife in order to possibly defend himself. When asked for more specifics about how Leighton had "lunged", Williams stated that he aggressively took a step towards him but also conceded that his hands were in his pockets and that Leighton was not in obvious possession of a weapon. When asked, Williams presented me with the knife, an 8 inch Smith & Wesson folding knife with a 3.5 inch blade. After showing the knife, Leighton backed away and Williams dialed 911 from his cell phone.

I brought the knife to Kennedy and Flamos who positively identified it as the one Williams had pointed towards Leighton. When I opened the knife quickly, Leighton also confirmed for me it was the sound he heard at the time.

Due to the statements made by Leighton, Kennedy and Flamos as well as the admittance by Williams that he

## Hanson Police Department
### NARRATIVE FOR PATROL BRENT M PETERSON
Ref: 22HAS-1-AR

Page: 2

Entered: 01/20/2022 @ 0329
Modified: 01/20/2022 @ 0503

Entry ID: HASPETB
Modified ID: HASPETB

utilized the knife in an assaultive manner towards them, Williams was placed under arrest for assault with a dangerous weapon - knife. He was handcuffed (double locked and checked) and placed in the back of cruiser 482. Williams was advised of his Miranda Rights which he refused to acknowledge. The knife was seized as evidence (22HAS-10-PR) He was then transported back to the Hanson Police station where he was booked in the usual manner.

Bail Commissioner Griffin was contacted and set bail at $240.00 which Williams was able to secure. BCI Deputy Hurley arrived to photograph and fingerprint Williams. Of note, during the booking process, Williams was cooperative and polite. Commissioner Griffin released Williams at approximately 3:25 am. He is being charged with one count of Chapter 265 section 15B, Assault with a Dangerous Weapon (Knife).

Ofc. Brent Peterson
Hanson Police Department

| CRIMINAL DOCKET | DOCKET NUMBER 2259CR000082 | NO. OF COUNTS 1 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|

| DEFENDANT NAME AND ADDRESS | DOB 09/18/1990 | GENDER Male | COURT NAME & ADDRESS |
|---|---|---|---|
| Charles P Williams | DATE COMPLAINT ISSUED 01/20/2022 | | Plymouth District Court 52 Obery Street Plymouth, MA 02360 |
| 115 Leon Court Hanson, MA 02341 | PRECOMPLAINT ARREST DATE 01/20/2022 | INTERPRETER REQUIRED | |

**FIRST FIVE OFFENSE COUNTS**

| COUNT | CODE | OFFENSE DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 1 | 265/15B/A | ASSAULT W/DANGEROUS WEAPON c265 §15B(b) | 01/20/2022 |

| DEFENSE ATTORNEY | OFFENSE CITY/TOWN | POLICE DEPARTMENT |
|---|---|---|
| JOSE SERPA, PVT. | Hanson | Hanson PD |

| DATE & JUDGE | DOCKET ENTRY | DATE & JUDGE | FEES IMPOSED |
|---|---|---|---|
| | ☐ Attorney appointed (SJC R. 3:10) ☐ Atty denied & Deft. Advised per 211 D §2A ☐ Waiver of Counsel found after colloquy | | Counsel Fee (211D § 2A¶2) $ ☐ WAIVED |
| | | | Counsel Contribution (211D § 2) $ ☐ WAIVED |
| | Terms of release set: ☒ PR ☐ Bail ☐ See Docket for special condition ☐ Held (276 §58A) | | Default Warrant Fee (276 § 30¶1) $ ☐ WAIVED |
| | | | Default Warrant Arrest Fee (276 § 30 ¶2) $ ☐ WAIVED |
| 1-20-22 Smith | Arraigned and advised: ☒ Potential of bail revocation (276 §58B) ☒ Right to bail to review (276 §58) ☐ Right to drug exam (111E § 10) ☐ Inquiry made by Court under 276 § 56A | | Probation Supervision Fee (276 § 87A) $ ☐ WAIVED |
| | | | Bail Order Forfeited |
| | Abuse Allegation: ☐ C276 § 56A form filed by Commonwealth ☐ Allegation of abuse under C276 § 56A found ☐ No allegation of abuse under C276 § 56A found | | **Advised of right to jury trial:** ☐ Waiver of jury found after colloquy ☐ Does not waive |
| | | | Advised of trial rights as pro se (Dist. Ct. Supp.R.4) |
| | | | Advised of right of appeal to Appeals Ct. (M.R. Crim P.R. 28) |

**SCHEDULING HISTORY**

| NO. | SCHEDULED DATE | EVENT | RESULT | JUDGE | TAPE START/ STOP |
|---|---|---|---|---|---|
| 1 | 01/20/2022 | Arraignment | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd | Smith | 9:40am |
| 2 | 3-9-22 | PTH/ACC | ☐ Held ☐ Not Held but Event Resolved ☒ Cont'd | Smith, J | A-9:52:09 |
| 3 | 4/12/22 | DCE | ☐ Held ☒ Not Held but Event Resolved ☐ Cont'd ZOOM | Raybum | A-2:17:22 |
| 4 | 7/11/22 | PTP | ☒ Held ☐ Not Held but Event Resolved ☐ Cont'd | Cameron | |
| 5 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 6 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 7 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 8 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 9 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |
| 10 | | | ☐ Held ☐ Not Held but Event Resolved ☐ Cont'd | | |

**APPROVED ABBREVIATIONS**

ARR = Arraignment    PTH = Pretrial hearing    DCE = Discovery compliance & jury selection    BTR = Bench trial    JTR = Jury trial    PCH = Probable cause hearing    MOT = Motion hearing    SRE = Status review
SRP = Status review of payments    FAT = First appearance in jury session    SEN = Sentencing    CWF = Continuance-without-finding scheduled to terminate    PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted    WAR = Warrant Issued    WARD = Default warrant issued    WR = Warrant or default warrant recalled    PVH = probation revocation hearing.

| A TRUE COPY ATTEST: | CLERK-MAGISTRATE / ASST CLERK X | TOTAL NO. OF PAGES | ON (DATE) |
|---|---|---|---|

Date/Time Printed: 01-20-2022 08:09:23    2259CR000082    Revised: 07/16

| CRIMINAL DOCKET - OFFENSES | DEFENDANT NAME<br>Charles P Williams | DOCKET NUMBER<br>2259CR000082 |
|---|---|---|

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| 1  ASSAULT W/DANGEROUS WEAPON c265 §15B(b) | 4/12/22  Rayburn J. |

**DISPOSITION METHOD**

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

  ☐ Request of Commonwealth  ☐ Request of Victim

  ☐ Request of Defendant    ☐ Failure to prosecute

  ☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

  ☐ Risk/Need or OUI    ☐ Administrative Supervision

☒ Defendant placed on pretrial probation (276 §87) until: 7/11/22

☐ To be dismissed if court costs / restitution paid by:

*NO Unavoidable Contact w/victim*

**FINDING**

☐ Guilty        ☐ Not Guilty

☐ Responsible   ☐ Not Responsible

☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**

☑ Dismissed on recommendation of Probation Dept.

☐ Probation terminated: defendant discharged

☐ Sentence or disposition revoked (see cont'd page)

JUDGE  *Canavan*     DATE  JUL 11 2022

---

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| | |

**DISPOSITION METHOD**

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

  ☐ Request of Commonwealth  ☐ Request of Victim

  ☐ Request of Defendant    ☐ Failure to prosecute

  ☐ Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

  ☐ Risk/Need or OUI    ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

**FINDING**

☐ Guilty        ☐ Not Guilty

☐ Responsible   ☐ Not Responsible

☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**

☐ Dismissed on recommendation of Probation Dept.

☐ Probation terminated: defendant discharged

☐ Sentence or disposition revoked (see cont'd page)

JUDGE        DATE

---

| COUNT / OFFENSE | DISPOSITION DATE AND JUDGE |
|---|---|
| | |

**DISPOSITION METHOD**

☐ Guilty Plea or ☐ Admission to Sufficient Facts accepted after colloquy and alien warning pursuant to C278§29D and MRCrP12

☐ Bench Trial

☐ Jury Trial

☐ Dismissed upon:

  ☐ Request of Commonwealth  ☐ Request of Victim

  ☐ Request of Defendant    ☐ Failure to prosecute

  Other:

☐ Filed with Defendant's consent

☐ Nolle Prosequi

☐ Decriminalized (277 §70 C)

| FINE/ASSESSMENT | SURFINE | COSTS | OUI §24D FEE | OUI VICTIMS ASMT |
|---|---|---|---|---|
| HEAD INJURY ASMT | RESTITUTION | V/W ASSESSMENT | BATTERER'S FEE | OTHER |

**SENTENCE OR OTHER DISPOSITION**

☐ Sufficient facts found but continued without a finding until:

☐ Defendant placed on probation until:

  ☐ Risk/Need or OUI    ☐ Administrative Supervision

☐ Defendant placed on pretrial probation (276 §87) until:

☐ To be dismissed if court costs / restitution paid by:

**FINDING**

☐ Guilty        ☐ Not Guilty

☐ Responsible   ☐ Not Responsible

☐ Probable Cause ☐ No Probable Cause

**FINAL DISPOSITION**

☐ Dismissed on recommendation of Probation Dept.

☐ Probation terminated: defendant discharged

☐ Sentence or disposition revoked (see cont'd page)

JUDGE        DATE

---

Date/Time Printed: 01-20-2022 08:09:23

2259CR000082

Revised: 07/16

| CRIMINAL DOCKET | DEFENDANT NAME | DOCKET NUMBER |
|---|---|---|
| DOCKET ENTRIES | Charles P Williams | 2259CR000082 |

| DATE | DOCKET ENTRIES |
|---|---|
| 1/24/22 | 200 cash bail posted by Deft. |
| 1/27/22 | Bail of 200 - CK# 15947 returned. |
| 3/2/2022 | APPEARANCE FILED BY ATTORNEY JOSE SERPA for △ |
| 4/12/22 | Order of pretrial conditions of Release filed. |

**APPROVED ABBREVIATIONS**
ARR = Arraignment    PTH = Pretrial hearing    DCE = Discovery compliance & jury selection    BTR = Bench trial    JTR = Jury trial    PCH = Probable cause hearing    MOT = Motion hearing    SRE = Status review
SRP = Status review of payments    FAT = First appearance in jury session    SEN = Sentencing    CWF = Continuance-without-finding scheduled to terminate    PRO = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted    WAR = Warrant Issued    WARD = Default warrant issued    WR = Warrant or default warrant recalled    PVH = probation revocation hearing.

Date/Time Printed:  01-20-2022 08:09:23

2259CR000082

Revised: 07/16

| ORDER OF PRETRIAL CONDITIONS OF RELEASE | DOCKET No(s) 2259 CR 000082 | MASSACHUSETTS TRIAL COURT |
|---|---|---|

| DEFENDANT'S NAME & ADDRESS | PCF No. | Court Department: |
|---|---|---|
| Charles Williams 115 Lein Court Hanson, Ma. 02341 | 5407351 | District Court Court: Plymouth District Court |

## FAILURE TO OBEY THIS ORDER MAY RESULT IN YOUR ARREST AND INCARCERATION

**TO THE DEFENDANT:** It is hereby **ORDERED** that you must comply with all **PRETRIAL CONDITIONS OF RELEASE** that are checked or filled in below pursuant to:

☐ **G.L. c. 276, § 57, ¶ 2**
(Superior Court pretrial conditions of release in cases alleging domestic violence)

☐ **G.L. c. 276, § 58**
(specified restrictions on personal association or conduct, or in cases alleging domestic violence, to ensure the safety of the alleged victim, any other individual or the community)

☐ **G.L. c. 276, § 42A**
(in cases alleging domestic violence, reasonable restrictions on the travel, association, or place of abode of the defendant, as will prevent contact with the person allegedly abused)

☐ **G.L. c. 276, § 87**
(pretrial conditions of release with the defendant's consent; distinguished from pretrial probation as a conditional disposition)

☑ **G.L. c. 276, § 87**
(conditions of release with the defendant's consent as a conditional disposition)
**End Date:** 7/11/22

## THE FOLLOWING CONDITIONS ARE ORDERED:

☑ OBEY all local, state, and federal laws and court orders, including abuse and harassment prevention orders and support orders.

☑ NOTIFY the probation department immediately if you change your residence, mailing address, or contact information.

☑ MAKE NO FALSE STATEMENTS to any officer of the court.

☐ DO NOT LEAVE MASSACHUSETTS unless you get the express permission of the court and sign a waiver of rendition.

☐ SURRENDER ALL PASSPORTS AND PASSPORT ID CARDS to the court prior to release and do not seek a replacement.

☐ REFRAIN FROM POSSESSION of any firearms, rifles, shotguns, destructive devices, or dangerous weapons.

☐ REFRAIN FROM ABUSE and/or HARASSMENT of: _____

☑ HAVE NO CONTACT, direct or indirect, with: victim (Avoidable)

☐ STAY (distance): _____ AWAY FROM: _____ AFN

☐ STAY AWAY FROM (address): _____

☐ RESIDE ☐ in/at: _____ ☐ with: _____

☐ TAKE MEDICATION as prescribed by licensed medical provider.

☐ DO NOT OPERATE a motor vehicle ☐ SURRENDER your driver's license to the court by _____ and do not seek a replacement.

☐ REFRAIN FROM ☐ ILLEGAL DRUGS ☐ RECREATIONAL MARIJUANA ☐ ALCOHOL

☐ SUBMIT TO RANDOM TESTING or ☐ TESTING _____ times per _____

☐ SIGN RELEASES to verify your compliance with terms of this order and provide verification as directed by probation.

☐ REPORT TO THE PROBATION DEPARTMENT as directed by probation and/or as ordered below:
☐ by phone ☐ in person _____ times per week

☐ ATTEND and verify to your probation officer _____ meetings per week of ☐ Recovery/AA/NA ☐ _____

☐ COOPERATE in a ☐ Mental Health ☐ Substance Use Disorder evaluation and any recommended treatment

☐ Comply with REMOTE ALCOHOL BREATH TESTING.

☐ Comply with ELECTRONIC MONITORING ☐ EXCLUSION ZONE(S): _____

☐ HOME CONFINEMENT ☐ CURFEW: _____ ☐ OTHER: _____

☐ PARTICIPATE in: _____ program and verify completion to probation by (date) _____

☐ PARTICIPATE in ☐ Pretrial Services (§§ 57, 58, 58A only) or ☐ Treatment (with def. consent) _____ at CCC

☑ OTHER CONDITIONS: REPORT TO PROBATION PRIOR TO APPEARING AT EACH SCHEDULED COURT DATE.

| DEFENDANT ACKNOWLEDGEMENT OF ORDER | INTERPRETER'S SIGNATURE, if any |
|---|---|
| SIGNATURE OF DEFENDANT: I have read and understood these conditions. (If applicable: I consent to programming at Community Corrections and to conditions imposed under G.L. c. 276, § 87.) I understand if I violate any condition, it may result in my arrest and incarceration, and the revocation of my release. | I have translated the terms of this Order, and the acknowledgement set forth to the left, to the defendant prior to his/her signature. |
| X _____ DATE: 4/12/22 | X _____ DATE: _____ |

| (ASSOCIATE) PROBATION OFFICER'S SIGNATURE AS WITNESS | JUDGE'S SIGNATURE |
|---|---|
| X _____ DATE: 4/12/22 | X _____ DATE: 4/12/22 |

10/22/2019

| PETITION TO SEAL RECORD(S) under G. L. c. 276, § 100C | | TRIAL COURT OF MASSACHUSETTS | | | |
|---|---|---|---|---|---|
| ☐ BOSTON MUNICIPAL COURT | ☒ DISTRICT COURT | ☐ SUPERIOR COURT | ☐ JUVENILE COURT | DIVISION/COUNTY: Crim/Plymouth | |
| Petitioner's Name: *(please print)* Charles williams | | Petitioner's Address: *(please print)* 115 Leon Court Hanson, MA 02341 | | Tel. # 617-877-1760 PCF # | |

| DOCKET NUMBER | OFFENSE/CHARGE *(Please list each one on a separate line.)* | DISPOSITION DATE | DISPOSITION | COURT USE ONLY |
|---|---|---|---|---|
| 2259CR000082 | Assault W/Dangerous Weapon c265 §15B(b) | 4/12/22 | Pretrial Probation until 7/11/22 | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |

☐ Please see the attached continuation sheet listing additional case(s).

    I request this Court to order that the record(s) of the criminal charge(s) listed above be sealed, for the following specific reasons:  *(Please print and attach documents as necessary)*

    Please consider the attached petition and supporting documentation.

DATE: 7/21/2022

**SIGNED UNDER THE PENALTIES OF PERJURY**
Petitioner's Signature:

## ORDER OF COURT

☐    A hearing on the merits of the petition to seal is scheduled on _____, 20___, at _____ AM/PM (no sooner than 7 days).  The clerk-magistrate shall ensure that notice of the hearing is given to the probation department and the prosecutor's office, and shall post a copy of the petition on a public bulletin board until the scheduled hearing.  The prosecutor's office is advised to give notice to the victim(s), if any, and to inform the victim(s) s/he/they may appear and be heard.

☐    After review of the petition and any attachments, and/or a preliminary hearing, the Court finds that no prima facie case in favor of sealing has been shown, and the petition to seal is **DENIED**.

DATE:                               JUDGE'S SIGNATURE:

| PETITION TO SEAL RECORD(S) Continuation Sheet | TRIAL COURT OF MASSACHUSETTS |
|---|---|

| □ BOSTON MUNICIPAL COURT | □ DISTRICT COURT | □ SUPERIOR COURT | □ JUVENILE COURT | DIVISION/COUNTY:_____ |
|---|---|---|---|---|

| Petitioner's Name: *(please print)* | Petitioner's Address: *(please print)* | Tel. # PCF # |
|---|---|---|

| DOCKET NUMBER | OFFENSE/CHARGE *(Please list each one on a separate line.)* | DISPOSITION DATE | DISPOSITION | COURT USE ONLY |
|---|---|---|---|---|
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |
|  |  |  |  | □ seal |

COMMONWEALTH OF MASSACHUSETTS
PLYMOUTH DISTRICT COURT FOR PLYMOUTH COUNTY

PETITION TO SEAL RECORDS
DOCKET NO. 2259CR000082

CHARLES WILLIAMS,

Petitioner,

**"The court shall direct the clerk to seal the records of the proceedings in his [the former defendant's] files…in any criminal case where [1] a dismissal has been entered by the court and [2] it appears to the court that substantial justice would best be served."** M.G. L. c.276, §100C

## **PETITION**

1.     Mr. Williams, a trusted state employee, husband, father and homeowner can satisfy this clear two-part test explained above.

2.     Around midnight on January 20, 2022, Mr. Williams, age 31, finished work and began his regular commute home. Like many of his co-workers, the estimated 600 licensed conductors steering the MBTA Commuter Rail system, Mr. Williams carried a tool—a folding knife—to perform various utility tasks during shifts. Now steering the wheel on the highway, he navigated light traffic. It was a smooth 45-minute drive back to Hanson, MA, where he had lived since buying a home there six months earlier. Mr. Williams exhaled at the sight of the residence at 115 Leon Court where his wife, eight months pregnant, waited up for his arrival, while their two kids, twelve and eight, slept.

3.     But Mr. Williams arrival was disrupted by three local men in his driveway. Mr. Williams quickly called 911 for help. Outnumbered, he felt threatened. To defend himself, Mr.

Williams flashed the folding work knife. His would-be assailants backed off, but vowed to return with more firepower. The primary instigator went into his nearby house, but the police came on the scene before he reemerged. This unwanted encounter would result in Mr. Williams being arrested, then eventually being given pretrial probation for assault with a dangerous weapon (the folding work knife).

4.      Mr. Williams met the dismissal-prong of the test when on July 11, 2022, the pretrial probation expired and the assault charge was dismissed.

5.      Under the test's second prong, the justice-prong, the Court considers whether substantial justice would best be served by granting the petition to seal the record. Before the unwanted encounter, Mr. Williams was excelling at work and preparing to apply for promotions to join management. At the same time, because of a passion for public service, he was actively exploring becoming a police officer, last year having passed the Police Exam with a score of 88. Finally, he has been a proud and loving family man for years. Granting this petition will help Mr. Williams rediscover his upward career path and trajectory in life.

6.      But if the Court denies the petition, Mr. Williams faces further social exclusion and narrowing financial prospects. Already, over this past six-month period, the CORI has disqualified Mr. Williams from applying for work promotions and participating in school events for his kids (see exhibits A and B). Mr. Williams risks having his steady rise in life—from scholarship student at Emerson College to parent to young homeowner—forever derailed.

## **PRAYER FOR RELIEF**

Based on the foregoing reasons, we petition for speedy relief to be granted.


Dated: July 21, 2022
        Plymouth, MA                                    Respectfully submitted,


2

3

EMANCIPATED LAW, PC

By: _____
        Edward S. Burley

1 Beacon Street, 15th Floor
Boston MA 02108
Tel. (617) 637-6615
ed@emancipatedlaw.com

*Counsel for Petitioner*

3

**Fwd: Keolis - Thank You for Interviewing for Operations Support Mgr**

Charles Williams <charlespwilliamsjr@gmail.com>
Tue 7/19/2022 9:36 PM

To: Ed Burley <ed@emancipatedgroup.com>

Please document.

> **From:** Keolis-no-reply@ultipro.com
> **Date:** July 1, 2022 at 12:10:16 PM EDT
> **To:** charlespwilliamsjr@gmail.com
> **Subject: Keolis - Thank You for Interviewing for Operations Support Mgr**
>
>
>
> Hi Charles,
>
> Thank you very much for interviewing for the Operations Support Mgr position at Keolis.
>
> We are currently in the process of discussing feedback with the Hiring Team and will be in touch with next steps the week of July 11th.
>
> If you have any questions or concerns in the meantime, please feel free to reach out to me directly.
>
> Thank you again, I look forward to discussing next steps with you soon.
>
> Best,
>
> Elke Korallus
>
> Keolis

## Fwd: Field Day Volunteer Opportunities

Charles Williams <charlespwilliamsjr@gmail.com>
Tue 6/21/2022 10:35 AM
To: Ed Burley <ed@emancipatedgroup.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Indian Head <donotreply@whrsd.org>
> **Date:** May 26, 2022 at 2:07:12 PM EDT
> **To:** charlespwilliamsjr@gmail.com
> **Subject: Field Day Volunteer Opportunities**
> **Reply-To:** Indian Head <donotreply@whrsd.org>

Dear Indian Head Families,

We are excited to bring a full Field Day back this spring, scheduled for June 16th. More information will be provided as we get closer to the date. Parents who are interested in watching will be invited to come and watch from one of our spectator areas.

Additionally, we will be looking for volunteers to help throughout the day. There will be many activity stations set up. If you are interested in helping in the AM or PM, please fill out the form at the link below.

**Please note that all volunteers MUST fill out a CORI in the main office here at the school.** There will be many volunteer opportunities, however if the interest exceeds the need, volunteers will be chosen at random. Volunteers will not follow their child around, but instead will be in charge of managing a Field Day station. Every effort will be made for your child's class to rotate through the station you are at while you are there, however that cannot be guaranteed.

If you are interested in volunteering, please fill out the following form by Friday June 3rd.

[Field Day Volunteer Form](#)

Thank you,

Bob Kniffen

Cheryl Neary

Whitman-Hanson Regional School District would like to continue connecting with you via email. If you prefer to be removed from our list, please contact Whitman-Hanson Regional School District directly. To stop receiving all email messages distributed through our SchoolMessenger service, follow this link and confirm: Unsubscribe

SchoolMessenger is a notification service used by the nation's leading school systems to connect with parents, students and staff through voice, SMS text, email, and social media.

**Exhibit E**

**Re: Paperwork**

Charles Williams <charlespwilliamsjr@gmail.com>
Fri 12/9/2022 6:41 AM

To: Ed Burley <ed@emancipatedgroup.com>

Sent from my iPhone

> On Dec 9, 2022, at 4:56 AM, Ed Burley <ed@emancipatedgroup.com> wrote:
>
> Can you send me a document proving charges of assault with dangerous weapon were dismissed?
>
> Similar document proving our petition to seal was granted?

**Exhibit F**

## Fwd: 2021 Police Officer / State Trooper

Charles Williams <charlespwilliamsjr@gmail.com>
Tue 7/19/2022 9:42 PM

To: Ed Burley <ed@emancipatedgroup.com>

Please document

Begin forwarded message:

**From:** Commonwealth of Massachusetts <info@governmentjobs.com>
**Subject: 2021 Police Officer/State Trooper**
**Date:** August 6, 2021 at 10:21:48 AM EDT
**To:** charlespwilliamsjr@gmail.com
**Reply-To:** CivilService@mass.gov

THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE FOR ADMINISTRATION AND FINANCE
HUMAN RESOURCES DIVISION
100 CAMBRIDGE ST, SUITE 600, BOSTON, MA 02114

Notice Date: August 6, 2021

Charles Williams
178 Springvale Ave
Everett, MA 02149

NOTICE ISSUED VIA EMAIL

Person ID: 18423744
Veteran Status:

Dear Charles Williams:

The Human Resources Division (HRD) is pleased to inform you that you have passed the 2021 Police Officer (Cities & Towns and MBTA Transit Police) Examination.

PASSING SCORE: 70%

Your Exam Score: 88

Residency Preference Claim: Everett

-------------------------------------------------
Please note that it is your responsibility to verify all information listed above regarding statuses, claims, and contact information is accurate. Any failure or delay in correcting faulty information may impact your opportunities for appointment.

Your name will be placed on the 2021 Police Officer Eligible List when it is

established on September 1, 2021. Once the Eligible List is established, you can view it online by clicking here: Current Eligible Lists

You will now have the opportunity to select additional employment locations beyond your residency preference. Submission of location choices will not affect your residency preference choice and can be updated at any time. If you are interested in selecting additional locations, please visit: Update Civil Service Account

If you would like to be included on the MBTA Transit Police list, you must select the MBTA as an additional employment location.

If and when your name is reached for consideration for a vacancy, you will receive a vacancy notice by email. Please note that these notices will only be sent by email, and it is your responsibility to keep your contact information up to date with HRD. For instructions on how to update your information, please visit: How to Update Your Applicant Information Please be sure to check your inbox, spam folder, and junk folder regularly for emailed notices from our office. You are also able to view all email notices sent to you from our office by logging into your Civil Service account and viewing your inbox.

To see which Departments are currently hiring, please visit: Who Is Hiring?

Upon consideration for a vacancy, you may be required to participate in certain screening processes. Questions about these processes should be directed to the hiring authority at the time of consideration for a vacancy. It is your responsibility to review any publications regarding the Civil Service process on our website: www.mass.gov/civilservice

--------------------------------------------------
Chapter 31, Section 22 of the Massachusetts General Laws (M.G.L) provides that you may request the administrator to conduct a review of the marking of your answers to multiple choice questions. If you wish to exercise this right, please forward a written request by email to civilservice@mass.gov, which includes your full name, address, Person ID, title of the examination, and location at which you took the examination. The Subject Line should be addressed to: Answer Sheet Review. Your email request must be received no later than 17 calendar days after the emailing of this notice, and will be denied if the request is not filed within the required time or in the required form.

A copy of your exam responses stored in HRD's computerized record system will be sent to you, so you can verify scoring of your answer sheet.

PLEASE NOTE that this statute does not provide for review of the test questions nor can multiple choice questions or the marking of multiple choice exams be appealed to the Civil Service Commission.

All inquiries regarding this score notice must be sent by email.

Telephone inquiries will not be responded to.

Sincerely,
Civil Service

If you do not want to receive emails please click on the following : Unsubscribe from Emails

PRIVATE WAY PLOW LIST 2023
Approved by Select Board September 27, 2022)

Alden Way
Arthur Avenue
Arthur Street
Audubon Lane
Azalea Way
Beckett Street
Bowker Avenue **
Boston Avenue
Briggs Street
Charles Street
Christopher Lane
Cranberry Lane
Cushman Street
Depot Street
Emory Street
Equus Drive
Fallon Point Road
Ferris Street
French Street
Gray Lane
Hanson Court
Hawthorne Street
Hemlock Drive
Hill Road (Off Monponsett)
Independence Avenue

Indian Head Pond Development
Kiwanee Road
Lakeside Road
Leon Court
Litchfield Lane
Meadow Lane
Ocean Avenue Ext.
Pearl Street
Pennsylvania Avenue
Pine Grove Colony
Proud Foot Way
Rollercoaster Road
Santos Court
Snow Street
Spofford Avenue
Station Street
Stringer Lane
Union Park Street
Upton Street
Valley Forge Road
Village Road
Wilbur Avenue
Wilkie Terrace-entrances only
Woodbine Avenue Ext.
Woodman Terrace

** added 09/20/2022