**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 1:24-cv-11161-BEM

CHARLES WILLIAMS,
VALENCIA WILLIAMS
and their MINOR CHILDREN

    Plaintiffs,

v.

TOWN OF HANSON, MA,

MICHAEL MIKSCH, in his official and
Supervisory capacities as the Chief of the
Hanson Police Department.

BRENT PETERSON, individually and in
his official capacities as a police officer
for the Hanson Police Department; and

PAUL O'BRIEN, individually and in
his official capacities as a police officer
for the Hanson Police Department.

    Defendants,

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**PURSUANT TO FED. R. CIV. P. 56**
**[LEAVE TO FILE GRANTED ON JULY 28, 2025-DOCKET NO. 63]**

NOW COME the Defendants, Town of Hanson, Michael Miksch, Brent Peterson, and

Paul O'Brien, and request this Court to allow summary judgment in their favor pursuant to Fed.

R. Civ. P. 56 as to all claims brought by the Plaintiffs, Charles Williams, Valencia Williams, and

their minor children. As grounds therefore the Defendants state the following:

Viewing the undisputed, material facts in a light most favorable to the Plaintiffs, no reasonable juror could conclude that the Defendants violated Mr. Williams's Second, Fourth, or Fourteenth Amendment rights or any rights, privileges, or immunities secured by the Constitution and federal laws. Additionally, Mrs. Williams cannot show she was subjected to any rights violations under 42 U.S.C. § 1983. Further, a reasonable juror could not conclude that the Defendants violated any state law claim or conducted any tortious conduct. Lastly, the Town of Hanson and the Officer Defendants acted reasonably, their conduct was appropriate under the circumstances, and the Officer Defendants are otherwise statutorily immune from Plaintiffs' claims.

In further support of this motion, the Defendants rely on the accompanying memorandum of law and the following exhibits.

| | |
|---|---|
| Exhibit 1 | Complaint |
| Exhibit 2 | Charles Williams Deposition Transcript |
| Exhibit 3 | Police Report |
| Exhibit 4 | Brent Peterson Deposition Transcript |
| Exhibit 5 | Michael Miksch Deposition Transcript |
| Exhibit 6 | Paul O'Brien Deposition Transcript |
| Exhibit 7 | Robert J. Pomeroy Expert Report |
| Exhibit 8 | John R. Llewellyn Report |

WHEREFORE, for the foregoing reasons, the Defendants, Town of Hanson, Michael Miksch, Brent Peterson, and Paul O'Brien respectfully request the Court **ALLOW** its Motion for Summary Judgment and rule in its favor as to each of the Plaintiffs' claims against them.

Respectfully submitted,

DEFENDANTS
Town of Hanson, Michael Miksch,
Brent Peterson, and Paul O'Brien

By their attorney,

*/s/ Douglas I. Louison*

_____
Douglas I. Louison, Esquire (BBO#545191)
Manuel D. Soza, Esquire (BBO#713907)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
(617) 439-0305
dlouison@lccplaw.com
msoza@lccplaw.com

Date: July 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that the Defendants' Motion for Summary Judgment, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 29th day of July 2025.

*/s/ Douglas I. Louison*

_____
Douglas I. Louison