# EXHIBIT 3

Date/Time Printed: 01-20-2022 08:09:23   Revised: 07/16

| CRIMINAL COMPLAINT<br>PROSECUTOR COPY | DOCKET NUMBER<br>2259CR000082 | NO. OF COUNTS<br>1 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|

| DEFENDANT NAME & ADDRESS<br>Charles P Williams<br>115 Leon Court<br>Hanson, MA 02341 | COURT NAME & ADDRESS<br>Plymouth District Court<br>52 Obery Street<br>Plymouth, MA 02360<br>(508)747-8400 |
|---|---|

| DEFENDANT DOB<br>09/18/1990 | COMPLAINT ISSUED<br>01/20/2022 | DATE OF OFFENSE<br>01/20/2022 | ARREST DATE<br>01/20/2022 | |
|---|---|---|---|---|
| OFFENSE CITY / TOWN<br>Hanson | OFFENSE ADDRESS | | | NEXT EVENT DATE & TIME<br>01/20/2022 09:00 AM |
| POLICE DEPARTMENT<br>Hanson PD | | POLICE INCIDENT NUMBER<br>22HAS-1-AR | | NEXT SCHEDULED EVENT<br>Arraignment |
| OBTN<br>THAS202200001 | PCF NUMBER<br>5407351 | | DEFENDANT XREF ID<br>23493680 | ROOM / SESSION<br>Arraignment Session |

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date(s) indicated below the defendant committed the offense(s) listed below and on any attached pages.

| COUNT | CODE | DESCRIPTION |
|---|---|---|
| 1 | 265/15B/A | ASSAULT W/DANGEROUS WEAPON c265 §15B(b) |

On 01/20/2022 did, by means of a dangerous weapon, a SMITH & WESSON FOLDING KNIFE, assault DYLAN A. LEIGHTON, in violation of G.L. c.265, §15B (b).

PENALTY: state prison not more than 5 years; or jail not more than 2½ years; or not more than $1000.

| SIGNATURE OF COMPLAINANT<br>X | SWORN TO BEFORE CLERK-MAGISTRATE/ASST.CLERK/DEP. ASST. CLERK<br>X | | DATE |
|---|---|---|---|
| NAME OF COMPLAINANT | A TRUE<br>COPY<br>ATTEST | CLERK-MAGISTRATE/ ASST. CLERK<br>X | DATE |

**Notice to Defendant:** *42 U.S.C. § 3796gg-4(e) requires this notice: If you are convicted of a misdemeanor crime of domestic violence you may be prohibited permanently from purchasing and/or possessing a firearm and/or ammunition pursuant to 18 U.S.C. § 922 (g) (9) and other applicable related Federal, State, or local laws.*



# Hanson Police Department
## Arrest Report

Page: 1
01/20/2022

Arrest #: 22HAS-1-AR
Call #: 22-4928

Date/Time Reported: 01/20/2022 @ 0129
Arrest Date/Time: 01/20/2022 @ 0203
Booking Date/Time: 01/20/2022 @ 0218



OBTN: T  202200001
Court: Plymouth District Court
Court Date: 01/20/2022 @ 0900
Reporting Officer: PATROL BRENT PETERSON
Assisting Officer: DETECTIVE PAUL O'BRIEN
Booking Officer: PATROL BRENT PETERSON



Released: 01/20/2022 @ 0325

Signature: _____

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | WILLIAMS, CHARLES PAUL<br>115 LEON CT<br>HANSON MA 02341-2032 | M | B | 31 | ███ | 617-877-1760 |

Military Active Duty: N
HEIGHT: 508        WEIGHT: 280        HAIR: BLACK      EYES: BROWN
BODY: STOCKY                   COMPLEXION: DARK
DOB: 09/18/1990           PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: MA S87301596            ETHNICITY: UNKNOWN
PCF #: 5407351

_____ [CONTACT INFORMATION] _____

Home Phone          (Primary)        617-877-1760

_____ [APPEARANCE] _____

GLASSES WORN: NO

_____ [FAMILY/EMPLOYMENT INFORMATION] _____

MARITAL STATUS: MARRIED
SPOUSE'S NAME: KEEL, VALENCIA
FATHER'S NAME: WILLIAMS, CHARLES
MOTHER'S NAME: ███  BRADLEE

EMPLOYER/SCHOOL: KEOLIS

OCCUPATION: CONDUCTOR

## Hanson Police Department
## Arrest Report

Arrest #: 22HAS-1-AR
Call #: 22-4928

| # | DEFENDANT(S) | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|

[RIGHTS/BOOKING CHECKS]

```
RIGHTS ADVISED BY: PATROL BRENT M PETERSON          DATE/TIME:  01/20/2022 @ 0203
       PHONE USED: N
  ARRESTEE SECURED: Y  01/20/2022  0300
  ARRESTEE CELL #: 3

     FINGERPRINTED: N
     PHOTOGRAPHED: N
     SUICIDE CHECK: Performed
          PERSONS: State&Federal
NCIC VEHICLE CHECK: Not Performed
 INJURY OR ILLNESS: N  -  MOVING TOES SYNDROME
```

| # | OFFENSE(S) | | | ATTEMPTED | TYPE |
|---|---|---|---|---|---|

```
LOCATION TYPE:  Residence/Home/Apt./Condo      Zone: South
115 LEON CT
HANSON MA 02341
```

| 1 | ASSAULT W/DANGEROUS WEAPON | | | N | Felony |
|---|---|---|---|---|---|

```
   265/15B/A                    265      15B
          OCCURRED: 01/20/2022    0129
    WEAPON/FORCED USED: Knife/Cutting Instrument
 AGGR. ASSAULT/HOMICIDE: Argument
```

| # | VICTIM(S) | | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|
| 1 | LEIGHTON, DYLAN A 73 LEON CT MONPONSETT MA 02350-1164 | | | M | W | 23 | ▮▮▮ | 781-754-0027 |

```
DOB: 01/19/1999
INJURIES: None
ETHNICITY: Not of Hispanic Origin
RESIDENT STATUS: Non Resident
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1
RELATION TO: WILLIAMS CHARLES                 Neighbor
CONTACT INFORMATION:
Home Phone          (Primary)     781-754-0027
```

| # | PERSON(S) | | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|---|
| 1 | KENNEDY, RYAN S 92 JAY ST HANSON MA 02341-1322 DOB: 01/27/1999 | | WITNESS | M | W | 22 | ▮▮▮ | |
| 2 | FLAMOS, NICO S 100 WOODBROOK LN HANSON MA 02341 DOB: 07/23/1998 | | WITNESS | M | W | 23 | ▮▮▮ | |

Hanson Police Department
Arrest Report

Page: 3
01/20/2022

Arrest #: 22HAS-1-AR
Call #: 22-4928

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 3 | HOEG, JOSEPH R<br>7 ROBIN RD<br>WHITMAN MA 02382-1891<br>DOB: 08/02/1999 | PARTICIPANT | M | W | 22 | ████ | |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | SMITH & WESSON FOLDING KNIFE<br>QUANTITY: 1   VALUE: $5.00<br>SERIAL #: NOT AVAIL<br>DATE: 01/20/2022<br>OWNER: WILLIAMS, CHARLES PAUL | 22HAS-10-PR | Evidence (Not Nibrs Reportable) |

## Hanson Police Department
### NARRATIVE FOR PATROL BRENT M PETERSON
Ref: **22HAS-1-AR**

Page: 1

Entered: 01/20/2022 @ 0329       Entry ID: HASPETB
Modified: 01/20/2022 @ 0503       Modified ID: HASPETB

On 1/20/22 at approximately 1:29 am, I (Ofc. Brent Peterson) was on patrol in a marked Hanson Police cruiser near the area of Spofford Ave and Wilbur Ave. I observed two vehicles with their lights on near the end of Spofford Ave. As I began to drive in that direction to check the area, Dispatch directed Hanson cruisers to 115 Leon Court for a disturbance. (The area where the two vehicles were located was in front of 115 Leon Ct.) I advised Dispatch that I was already at the location and would be investigating.

After exiting my cruiser, I was approached by a male subject, later identified as Charles Williams (DOB 9/18/90). Williams lives at 115 Leon Ct. and immediately told me that another male subject who was now walking down the road had been involved in the altercation. I yelled to the male and directed him to stop. He turned around, looked at me and then continued on. As I began to continue after the subject, I was approached by three other males who had been in one of the vehicles. (MA PC 1GTF57, a Mazda 6 sedan.) One of the males immediately told me that Williams had "pulled a knife on them". At this point, the subject who had been leaving the area turned around and returned. That male, identified as Dylan Leighton (DOB 1/19/99), was obviously intoxicated and refused to listen to any directives given to him. Multiple times Leighton approached me aggressively with a raised voice. After the third time this occurred, Leighton was placed in handcuffs and detained for my safety. As Detective Paul O'Brien arrived on scene, I also requested assistance from Halifax Police in order to keep the scene controlled. Once Halifax officers arrived, Leighton was released from the handcuffs.

I then began to speak with the other three males, identified as Ryan Kennedy (DOB 1/27/99), Nico Flamos (DOB 7/23/98) and Joseph Hoeg (DOB 8/2/99). They explained that all four had been at a bar in Plymouth and were in the process of bringing Leighton home. (Leighton lives at 73 Leon Ct.) As they came around the corner of Leon Ct, another vehicle, which belonged to Williams, was attempting to park in a driveway. This caused Kennedy, who was driving the Mazda sedan, to stop and Leighton began to yell at the operator of the other vehicle (Williams). Williams and Leighton both exited their vehicles and began to verbally confront each other. During this interaction, Williams pulled a knife from his pocket and "flicked" it open towards Leighton. When asked directly, both Kennedy and Flamos stated they witnessed Williams with the knife. Leighton told me that he did not actually see the knife in William's hand but did hear the distinct sound of it opening. Hoeg told me that he did not see the knife in William's possession.

I then returned to 115 Leon Ct. to speak with Williams. He explained that as he was trying to park his vehicle, Leighton exited the sedan and began yelling at him. Williams then told me that Leighton had "lunged" at him and admitted that he had pulled and opened his knife in order to possibly defend himself. When asked for more specifics about how Leighton had "lunged", Williams stated that he aggressively took a step towards him but also conceded that his hands were in his pockets and that Leighton was not in obvious possession of a weapon. When asked, Williams presented me with the knife, an 8 inch Smith & Wesson folding knife with a 3.5 inch blade. After showing the knife, Leighton backed away and Williams dialed 911 from his cell phone.

I brought the knife to Kennedy and Flamos who positively identified it as the one Williams had pointed towards Leighton. When I opened the knife quickly, Leighton also confirmed for me it was the sound he heard at the time.

Due to the statements made by Leighton, Kennedy and Flamos as well as the admittance by Williams that he

**Hanson Police Department**
NARRATIVE FOR PATROL BRENT M PETERSON
Ref: 22HAS-1-AR

Page: 2

Entered: 01/20/2022 @ 0329     Entry ID: HASPETB
Modified: 01/20/2022 @ 0503     Modified ID: HASPETB

utilized the knife in an assaultive manner towards them, Williams was placed under arrest for assault with a dangerous weapon - knife. He was handcuffed (double locked and checked) and placed in the back of cruiser 482. Williams was advised of his Miranda Rights which he refused to acknowledge. The knife was seized as evidence (22HAS-10-PR) He was then transported back to the Hanson Police station where he was booked in the usual manner.

Bail Commissioner Griffin was contacted and set bail at $240.00 which Williams was able to secure. BCI Deputy Hurley arrived to photograph and fingerprint Williams. Of note, during the booking process, Williams was cooperative and polite. Commissioner Griffin released Williams at approximately 3:25 am. He is being charged with one count of Chapter 265 section 15B, Assault with a Dangerous Weapon (Knife).

Ofc. Brent Peterson
Hanson Police Department

**For Date:** 01/20/2022   -   Thursday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 22-4928 | 0129 | Phone - PD, DISTURBANCE | ARREST | 1 | |

```
            Call Taker:    ECK - Keefe, Eric
            Primary Id:    HASPETB - PETERSON, BRENT
         Call Closed By:    KTB - Barry, Kevin 01/20/2022 0255
        Call Modified By:    KTB - Barry, Kevin
       Location/Address:    [HAS 1502] 115 LEON CT
           Jurisdiction:    HANSON
          Fire District:    District 4
       Party Entered By:    01/20/2022 0131 ECK - Keefe, Eric
         Calling Party:    ***UNKNOWN*** @ ***UNKNOWN***
         CallBack Number: 617-877-1760
                            Victim: N
       Party Entered By:    01/20/2022 0158 ECK - Keefe, Eric
         Involved Party:    HOEG, JOSEPH R @ 7 ROBIN RD - WHITMAN, MA 02382-1891
                            SSN: ▓▓▓▓   DOB: 08/02/1999  Race: U  Sex: M
                            Victim: N
       Party Entered By:    01/20/2022 0158 KTB - Barry, Kevin
         Involved Party:    FLAMOS, NICO S @ 100 WOODBROOK LN - HANSON, MA 02341
                            SSN: ▓▓▓▓   DOB: 07/23/1998  Race: W  Sex: M
                            Victim: N
       Party Entered By:    01/20/2022 0159 ECK - Keefe, Eric
         Involved Party:    KENNEDY, RYAN SEAN @ 92 JAY ST - HANSON, MA 02341-1322
                            SSN: ▓▓▓▓   DOB: 01/27/1999  Race: W  Sex: M
                            Victim: N
       Party Entered By:    01/20/2022 0159 ASD - Davis, Aiyanna
         Involved Party:    LEIGHTON, DYLAN A @ 73 LEON CT - MONPONSETT, MA 02350-1164
            Home Phone: 781-754-0027
                            SSN: ▓▓▓▓   DOB: 01/19/1999  Race: W  Sex: M
                            Victim: N
       Party Entered By:    01/20/2022 0200 ASD - Davis, Aiyanna
         Involved Party:    WILLIAMS, CHARLES PAUL @ 115 LEON CT - HANSON, MA 02341-2032
         CallBack Number: 617-877-1760
                            SSN: ▓▓▓▓   DOB: 09/18/1990  Race: U  Sex: M
                            Victim: N
                     ID:    HASPETB - PETERSON, BRENT
                            Disp-01:29:52  Enrt-01:29:55  Arvd-01:29:57  Clrd-02:55:18
         Dispatched By:    KTB - Barry, Kevin
           Enroute By:    KTB - Barry, Kevin
           Arrived By:    KTB - Barry, Kevin
           Cleared By:    KTB - Barry, Kevin
                     ID:    HASOBRP - O'BRIEN, PAUL
                            Disp-01:30:58  Enrt-01:31:00  Arvd-01:34:09  Clrd-02:04:58
         Dispatched By:    KTB - Barry, Kevin
           Enroute By:    KTB - Barry, Kevin
           Arrived By:    KTB - Barry, Kevin
           Cleared By:    KTB - Barry, Kevin
     Vehicle Entered By:    01/20/2022 0144 ASD - Davis, Aiyanna
               Vehicle:    BRO 2020 TOYT UT HIGHLANDER  Reg: PAN MA 4YW963  VIN: 5TDBZRBH3LS006897
                 Owner:    WILLIAMS, CHARLES PAUL @ 115 LEON CT - HANSON, MA 02341-2032
                            SSN: 139906900  DOB: 09/18/1990  Race: U  Sex: M  OLN: MA S87381596
          Insurance Co:    ARBELLA MUTUAL INSURANCE
            Policy No:
     Vehicle Entered By:    01/20/2022 0255 KTB - Barry, Kevin
               Vehicle:    GRY 2017 MAZD SE 6  Reg: PAN MA 1GTF57  VIN: JM1GL1V59H1125892
              Operator:    KENNEDY, RYAN SEAN @ 92 JAY ST - HANSON, MA 02341-1322
                            SSN: ▓▓▓▓   DOB: 01/27/1999  Race: U  Sex: M  OLN: MA S45488707
                 Owner:    KENNEDY, RYAN SEAN @ 92 JAY ST - HANSON, MA 02341-1322
                            SSN: ▓▓▓▓   DOB: 01/27/1999  Race: U  Sex: M  OLN: MA S45488707
          Insurance Co:    THE COMMERCE INSURANCE CO
            Policy No:
             Narrative:    01/20/2022 0129 Keefe, Eric
                            neighbor dispute

             Narrative:    01/20/2022 0200 Coakley, Stephen
                            see 22-4933 for Halifax cruisers
```

Call Number      Printed: 02/01/2022

Narrative:    **01/20/2022 0203 Barry, Kevin**
              482 has 1 in custody starting miles 59446.7

Narrative:    **01/20/2022 0209 Barry, Kevin**
              482 off at the station ending miles 59449.0

Narrative:    **01/20/2022 0446 RODDAY, BRYAN**
              Party released at 0325hrs

Refer To Arrest:    22HAS-1-AR
  Arrest:    WILLIAMS, CHARLES PAUL
  Address:   115 LEON CT    HANSON, MA
     Age:    31
  Charges:   ASSAULT W/DANGEROUS WEAPON

Printed on

01/20/2022

**Hanson Police Department**
**Arrest Number: 22HAS-1-AR**

Charles Paul Williams    Arrested on: 01/20/2022    Time: 0203

Page Number

1 of 1

## Your Rights

I hereby certify that I have been advised and understand my rights under the constitution and Massachusetts Law which were given to me as follows:

* You have the right to remain silent.
* Anything you say can and will be used against you in a court of law.
* You have the right to talk to a lawyer and have him present with you while you are being questioned.
* If you cannot afford to hire a lawyer, one will be appointed to represent you before any questioning, if you wish.
* You have the right to use a telephone to contact a lawyer at any time.
* You can decide at any time to exercise these rights and not answer any questions or make any statements.

   1. Do you understand these rights explained to you?    _____
   2. Having these rights in mind, do you wish to talk now?    _____

X SIGN: _____    DATE:_____    TIME:_____
     Charles Paul Williams
  SIGN: _____    DATE:_____    TIME:_____
     Witness

Subject declined to sign Form. PSO

Printed on

01/20/2022

**Hanson Police Department**

**Arrest Number: 22HAS-1-AR**

Charles Paul Williams      Arrested on: 01/20/2022      Time: 0203

Page Number

1 of 1

Case 1:24-cv-11161-BEM      Document 64-3      Filed 07/29/25      Page 11 of 13

## Property

| | | |
|---|---|---|
| Searched By | Searched Date | Time |
| DETECTIVE PAUL D O'BRIEN | 01/20/2022 | 0219 |
| Released To | Released Date | Time |
| --- | --- | --- |
| Returned By | Returned Date | Time |
| --- | --- | --- |

IPHONE 11                          WALLET W/ NORMAL CONTENTS

READING GLASSES                          KEY FOB

GOLD COLORED APPLE WATCH

SIGN: _____      DATE: 1/20/22 TIME: 2:23AM
        The above list is my property

SIGN: _____      DATE: 1/20/22 TIME: 3:43 AM
        I have received the above property

Hanson Police Department

Image Associated With Case Number 22HAS-1-AR

Image Description: WILLIAMS



Hanson Police Department
Image Associated With Case Number 22HAS-1-AR
Image Description: KNIFE

